IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MICHAEL STEIN,

Defendant.

22-CR-6163

**INFORMATION**
(Felony)

**Violation:**
18 U.S.C. § 1343

# INFORMATION

## COUNT 1
## (Wire Fraud)

**The United States Attorney Charges That:**

1. From in or about November 2018 to in or about March 2022, in the Western District of New York, and elsewhere, the defendant, MICHAEL STEIN, did devise, and intend to devise, a scheme and artifice to defraud BellAngelo Wineries and to obtain money and property from BellAngelo Wineries by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice, did transmit, and cause to be transmitted, writings, signs, signals, pictures, and sounds by means of wire communication in interstate and foreign commerce.

2. From on or about July 10, 2018 to in or about March 2022, the defendant, a resident of the Western District of New York, was employed as the office manager and bookkeeper at BellAngelo Wineries. BellAngelo Wineries was a winery located in Dundee, New York.

3. From in or about January 2019 to in or about March 2022, the defendant embezzled $131,437.24 through various miscellaneous payroll schemes from BellAngelo Wineries, which schemes involved interstate wire communications from and to the Western District of New York.

4. From in or about November 2018 to in or about December 2021, the defendant fraudulently received unauthorized payments of petty cash belonging to BellAngelo Wineries in the total amount of $77,736.07.

5. In or about 2021, the defendant fraudulently made unauthorized ATM withdrawals from bank accounts belonging to BellAngelo Wineries in the total amount of $19,400.00.

**All in violation of Title 18, United States Code, Section 1343.**

Dated: Rochester, New York, January 18, 2023

TRINI E. ROSS
United States Attorney
Western District of New York

BY: ______________________
RICHARD A. RESNICK
Assistant United States Attorney
United States Attorney's Office
100 State Street, Room 500
Rochester, New York 14614
Richard.Resnick@usdoj.gov
585-399-3941